Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com

Attorneys for Defendants
SEAN KELLY and DUSTIN WILLIS

Justin K. Tabayoyon Esq., SBN 288957
LAW OFFICES OF JUSTIN KIRK TABAYOYON
1000 North Texas Street, Suite A
Fairfield, CA 94533
Telephone: (707) 726-6009
Facsimile: (707) 312-8790
Email: justin@tabayoyonlaw.com

Attorneys for Plaintiff
STEVEN NOLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN NOLAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SEAN KELLY and DUSTIN WILLIS, in their individual capacities and in their official capacities as police officers for CITY OF VACAVILLE; and DOES 1-50, inclusive, individually and in their official capacities as peace officers for CITY OF VACAVILLE, jointly and severally,<br><br>　　　　Defendants. | Case No. 2:21-cv-02210-TLN-CSK<br><br>**STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER**<br><br><br><br>**Magistrate Judge Chi Soo Kim** |

　　　This Stipulation is submitted by Plaintiff STEVEN NOLAN and Defendants SEAN KELLY and DUSTIN WILLIS by and through their designated counsel, that the Order of December 1, 2021 (ECF No. 3) in this matter be modified as detailed below. This stipulation is submitted for good cause.

　　　WHEREAS, on November 30, 2021, Plaintiff filed his original complaint (ECF No. 1);

　　　WHEREAS, on December 1, 2021, the Court issued the Initial Pretrial Scheduling Order in this matter (ECF No. 3);

　　　WHEREAS, Defendants filed multiple motions to dismiss and then on November 1, 2023, Defendants filed an answer to the second amended complaint (ECF No. 21);

WHEREAS, once the pleadings were settled, the Parties began to engage in discovery;

WHEREAS, on April 2, 2024, the case was reassigned to Magistrate Judge Chi Soo Kim (ECF No. 22);

WHEREAS, the Parties wish to continue the pretrial deadlines as set forth below in order to provide sufficient time to complete fact and expert discovery; and

WHEREAS, the requested modifications will not otherwise impact the trial date as no trial date is currently scheduled.

## STIPULATION

NOW, THEREFORE, the Parties hereby STIPULATE TO and JOINTLY REQUEST that this Court's Order (ECF. No. 3) be amended accordingly:

| Case Event | Proposed Schedule |
|---|---|
| Close of Fact Discovery | September 20, 2024 |
| Expert Witness Disclosure | November 8, 2024 |
| Rebuttal Expert Witness Disclosure | December 6, 2024 |
| Expert Discovery Cutoff | January 24, 2025 |
| Deadline to File Dispositive Motions | February 13, 2025 |
| Jury Trial | TBD 30 days after Court's ruling on dispositive motion(s). |

Dated:  May 30, 2024                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  */s/ Richard W. Osman*
    Richard W. Osman
    Sheila D. Crawford
    Attorneys for Defendants
    SEAN KELLY and DUSTIN WILLIS

Dated:  May 30, 2024                    LAW OFFICES OF JUSTIN K. TABAYOYON

By:  */s/ Justin K. Tabayoyon*
    Justin K. Tabayoyon, Esq.
    Attorneys for Plaintiff
    STEVEN NOLAN

STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER
Case No.  2:21-cv-02210-TLN-CSK

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: May 30, 2024                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard W. Osman*
Richard W. Osman

# ORDER

The Parties' foregoing Stipulation is approved, and with good cause appearing.  Therefore, **IT IS HEREBY ORDERED THAT** this Court's Order of November 1, 2021 Order (ECF No. 3)  be modified as follows:

| Case Event | New Schedule |
|---|---|
| Close of Fact Discovery | September 20, 2024 |
| Expert Witness Disclosure | November 8, 2024 |
| Rebuttal Expert Witness Disclosure | December 6, 2024 |
| Expert Discovery Cutoff | January 24, 2025 |
| Deadline to File Dispositive Motions | February 13, 2025 |
| Jury Trial | TBD 30 days after Court's ruling on dispositive motion(s). |

**IT IS SO ORDERED.**

Dated: May 30, 2024

Troy L. Nunley
United States District Judge