Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Kristopher D. R. Doodha, State Bar No.339601
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
           scrawford@bfesf.com
           kdoodha@bfesf.com

Attorneys for Defendants
SEAN KELLY and DUSTIN WILLIS

Justin K. Tabayoyon Esq., SBN 288957
LAW OFFICES OF JUSTIN KIRK TABAYOYON
1000 North Texas Street, Suite A
Fairfield, CA 94533
Telephone: (707) 726-6009
Facsimile: (707) 312-8790
Email: justin@tabayoyonlaw.com

Attorneys for Plaintiff
STEVEN NOLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN NOLAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SEAN KELLY and DUSTIN WILLIS, in their individual capacities and in their official capacities as police officers for CITY OF VACAVILLE; and DOES 1-50, inclusive, individually and in their official capacities as peace officers for CITY OF VACAVILLE, jointly and severally,<br><br>　　　　Defendants. | Case No. 2:21-cv-02210-TLN-CSK<br><br>**SECOND STIPULATION TO CONTINUE PRETRIAL DEADLINES;  ORDER** |

　　　This Stipulation is submitted by Plaintiff STEVEN NOLAN and Defendants SEAN KELLY and DUSTIN WILLIS by and through their designated counsel, that the Order of May 31, 2024 (ECF No. 24) in this matter be modified as detailed below. This stipulation is submitted for good cause.

　　　WHEREAS, on November 30, 2021, Plaintiff filed his original complaint (ECF No. 1);

　　　WHEREAS, on December 1, 2021, the Court issued the Initial Pretrial Scheduling Order in this matter (ECF No. 3);

WHEREAS, Defendants filed multiple motions to dismiss and then on November 1, 2023, Defendants filed an answer to the second amended complaint (ECF No. 21);

WHEREAS, once the pleadings were settled, the Parties began to engage in discovery;

WHEREAS, on April 2, 2024, the case was reassigned to Magistrate Judge Chi Soo Kim (ECF No. 22);

WHEREAS, on May 30, 2024, the Parties submitted a stipulation to extend pretrial deadlines (ECF No. 23) and on May 31, 2024, the Court granted the stipulation (ECF No. 24);

WHEREAS, Plaintiff recently delivered a settlement demand and the Parties are discussing a possible resolution of the case;

WHEREAS, Plaintiff noticed the depositions of Defendants Willis and Kelly for August 30, 2024, but due to a scheduling conflict, the deposition of Defendants must be rescheduled;

WHEREAS, the Parties wish to continue the pretrial deadlines as set forth below in order to provide sufficient time to complete fact and expert discovery and to continue to discuss resolution of this matter; and

WHEREAS, the requested modifications will not otherwise impact the trial date as no trial date is currently scheduled.

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | September 20, 2024 | January 20, 2025 |
| Expert Witness Disclosure | November 8, 2024 | March 10, 2025 |
| Rebuttal Expert Disclosure | December 6, 2024 | April 7, 2025 |
| Expert Discovery Cutoff | January 24, 2025 | May 20, 2025 |
| Deadline to File Dispositive Motions | February 13, 2025 | June 13, 2025 |
| Jury Trial | TBD 30 days after Court's ruling on dispositive motion(s). | TBD 30 days after Court's ruling on dispositive motion(s). |

///

///

///

**STIPULATION**

NOW, THEREFORE, the Parties hereby STIPULATE TO and JOINTLY REQUEST that this Court's Order (ECF. No. 24) be amended accordingly:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | September 20, 2024 | January 20, 2025 |
| Expert Witness Disclosure | November 8, 2024 | March 10, 2025 |
| Rebuttal Expert Disclosure | December 6, 2024 | April 7, 2025 |
| Expert Discovery Cutoff | January 24, 2025 | May 20, 2025 |
| Deadline to File Dispositive Motions | February 13, 2025 | June 13, 2025 |
| Jury Trial | TBD 30 days after Court's ruling on dispositive motion(s). | TBD 30 days after Court's ruling on dispositive motion(s). |

Dated:  August 21, 2024                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                By:  */s/ Richard W. Osman*
                                     Richard W. Osman
                                     Sheila D. Crawford
                                     Kristopher D.R. Doodha
                                     Attorneys for Defendants
                                     SEAN KELLY and DUSTIN WILLIS

Dated:  August 21, 2024                         LAW OFFICES OF JUSTIN K. TABAYOYON

                                By:  */s/ Justin K. Tabayoyon*
                                     Justin K. Tabayoyon, Esq.
                                     Attorneys for Plaintiff
                                     STEVEN NOLAN

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: August 21, 2024            BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                      */s/ Richard W. Osman*
                                      Richard W. Osman

SECOND STIPULATION TO CONTINUE PRETRIAL DEADLINES; ORDER
Case No.  2:21-cv-02210-TLN-CSK

# ORDER

The Parties' foregoing Stipulation is approved, and with good cause appearing.  Therefore, **IT IS HEREBY ORDERED THAT** this Court's Order of May 31, 2024 Order (ECF No. 24)  be modified as follows:

| Case Event | New Schedule |
|---|---|
| Close of Fact Discovery | January 20, 2025 |
| Expert Witness Disclosure | March 10, 2025 |
| Rebuttal Expert Witness Disclosure | April 7, 2025 |
| Expert Discovery Cutoff | May 20, 2025 |
| Deadline to File Dispositive Motions | June 13, 2025 |
| Jury Trial | TBD 30 days after Court's ruling on dispositive motion(s). |

**IT IS SO ORDERED.**

Dated: August 22, 2024

_____
Troy L. Nunley
United States District Judge